UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHNATHAN S. ABRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>MARIAN SHIELDS ROBINSON, PAUL RYAN, MICHELLE OBAMA, JANNA RYANA, OSCAR GOODMAN, JOHN HUCK,<br><br>Defendant. | Case No. 2:23-cv-00101-GMN-EJY<br><br>**REPORT AND RECOMMENDATION** |

On January 23, 2023, the Court entered an Order and Report and Recommendation regarding Plaintiff's Complaint (hereinafter the "RnR"). ECF No. 4. In the RnR, the Court found three problems with Plaintiff's Complaint leading to recommendations to dismiss many claims and defendants with prejudice, while also recommending dismissal of claims against Oscar Goodman and John Huck without prejudice. *Id*. at 3-5. The Court recommended Plaintiff be given through and including February 28, 2023, to file an amended complaint. *Id*. at 5. Plaintiff subsequently filed a change of address and documents he apparently retrieved from the Las Vegas Metropolitan Police Department. ECF Nos. 5, 6, 7. As of the date of this Order, Plaintiff has not filed an amended complaint.

Accordingly, based on the foregoing and the Court's analysis in the Report and Recommendation filed on January 23, 2023, IT IS HEREBY RECOMMENDED that this matter be dismissed with prejudice.

Dated this 24th day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).